UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN DOUGLAS HOFFMAN II,<br><br>            Petitioner,<br><br>       v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>            Respondent. | Case No.: CV 17-02342-ODW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for failure to exhaust claims in state court,

IT IS ADJUDGED that that the petition is dismissed without prejudice.

Dated: May 30, 2017

                                                      _____<br>
                                                      OTIS D. WRIGHT II<br>
                                                      United States District Judge